

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-13-00137-CV

**IN RE** Edward **BELL**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
Sandee Bryan Marion, Justice
Patricia O. Alvarez, Justice

Delivered and Filed:  March 20, 2013

PETITION FOR WRIT OF MANDAMUS DENIED

On February 25, 2013, Relator Edward Bell filed a petition for writ of mandamus.  The court has considered the petition for writ of mandamus and is of the opinion that Relator is not entitled to the relief sought.  Accordingly, the petition for writ of mandamus is DENIED.  *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2003-CI-18349, pending in the 37th Judicial District Court, Bexar County, Texas, the Honorable Michael Mery presiding.  However, the order complained of was signed by the Honorable Richard Price, presiding judge of the 285th Judicial District Court, Bexar County, Texas.